### 1590 ELDER ET AL. vs. GARNER (Sheriff), No. 13554, 97 M., 617.

To compel respondent to bring relators, who were committed for trial upon a charge of murder, before a circuit court commissioner, to the end that they might be admitted to bail.

Denied, with costs, June 8, 1893, on the ground that the answer sets forth that the commissioner is disqualified.

### 1591 TURNER Pros. Atty.) vs. SMITH (Sheriff), No. 12537, 90 M., 309.

To compel respondent to obey a mandate of commitment.
Denied February 10, 1892.   Opinion filed February 16, 1892.

### 1592 BEECHER vs. ANDERSON (Sheriff), 45 M., 543.

To compel respondent to serve a criminal warrant.
Denied April 13, 1881.

Held, that the complaint was defective; also that the party in interest is entitled to be heard in opposing an application for the writ in such case.